RECEIVED
IN LAKE CHARLES, LA

JUL 2 8 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| KATRINA SIMMONS JOSEPH | : | DOCKET NO. 05-0149 |
| --- | --- | --- |
| VS. | : | JUDGE TRIMBLE |
| COX COMMUNICATION LOUISIANA, L.L.C. | : | MAGISTRATE JUDGE WILSON |

## PARTIAL FINAL JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly,

The court determines that there is no just reason for delay, and thus it is directed that a final judgment pursuant to Fed.R.Civ.P. 54(b) be, and it is hereby entered in favor of defendant, WILLIE JAMES, dismissing with prejudice plaintiff's claims against said defendant only.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___ day of _____, 2005.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE