RECEIVED
JAN 1 2 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

RECEIVED
IN LAKE CHARLES, LA
JAN 18 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| KATRINA SIMMONS JOSEPH | CIVIL ACTION NO. 2:05CV0149 |
| VERSUS | JUDGE TRIMBLE |
| COX COMMUNICATIONS LOUISIANA, LLC, WILLIE JAMES AND ONE UNKNOWN EMPLOYEE | MAG. JUDGE WILSON |

## JUDGMENT OF DISMISSAL

On Motion of all parties to this action, appearing through undersigned counsel, and on suggesting to the Court that all issues in the above entitled and numbered suit have been compromised, and that this suit should be dismissed with full prejudice, with Defendant to bear all costs;

IT IS ORDERED, ADJUDGED AND DECREED that the above entitled and numbered suit be and it is hereby finally dismissed with full prejudice to all of the rights of Plaintiffs, with Defendant to bear all costs.

JUDGMENT RENDERED, READ ALOUD AND SIGNED on this 18th day of January, 2006.

_____
JUDGE